**The People of the State of Illinois, defendant in error, v. Albert Calacurcio, plaintiff in error. Gen. No. 8,039.**

Opinion filed August 5, 1929.

North, Linscott, Gibboney, North & Dixon, for plaintiff in error. William D. Knight, State's Attorney and A. B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

**Presley B. Price, appellee, v. The City of Geneseo, appellant. Gen. No. 8,022.**

Opinion filed August 13, 1929.

Joseph L. Shaw, for appellant. Bartlett S. Gray, for appellee.

Mr. Justice Jett delivered the opinion of the court.

**Mary Kuhre, appellee, v. David Kuhre, appellant. Gen. No. 8,061.**

Opinion filed August 13, 1929.

William Roe and C. B. Chapman, for appellant. Josef T. Skinner, for appellee.

Mr. Justice Jones delivered the opinion of the court.

**Maggie Fey Off et al., appellees, v. Exposition Coaster Co., Inc. et al., appellants. Gen. No. 7,947.**

Opinion filed August 20, 1929.

Shurtleff & Niehaus, Charles C. Dickman and George W. Hunt, for appellants. Weil, Bartley & Weil, for appellees; Joseph F. Bartley and Herbig Younge, of counsel.

Mr. Justice Jett delivered the opinion of the court.